UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Doe,

    Plaintiff,

-v-                                                Case No. 2:11–cv–453

Ronald Bone, et al.,                Judge Michael H. Watson

    Defendants.

## ORDER

Plaintiff moves for default judgment against Defendant Ronald Bone. ECF No. 30. The Magistrate Judge issued a report and recommendation on August 16, 2012, recommending that the Court grant the motion for default as to liability but that entry of judgment as to the amount of damages be delayed until after Plaintiff's claims against the City of Hopedale Defendants are adjudicated. The Magistrate Judge specifically warned the parties about the consequences of failing to object to the report and recommendation, but no objections have been filed, and the deadline for doing so has long since passed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation in its entirety and **GRANTS** Plaintiff's motion for default judgment (ECF No. 30) against Defendant Bone as to liability but delays entry of judgment as to the amount of damages until after Plaintiff's claims against the City of Hopedale Defendants are adjudicated.

IT IS SO ORDERED.

                                                                     */s/ Michael H. Watson*
                                                      MICHAEL H. WATSON, JUDGE
                                                      UNITED STATES DISTRICT COURT