IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00453 |
| v. | : | Judge Watson |
| Ronald Bone, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

At the request of counsel, it is ORDERED that all depositions be filed under seal. Counsel are DIRECTED to provide the Clerk of Court with a separate electronic file containing each deposition. The Clerk of Court will file each deposition separately under seal. Counsel need not comply with the requirement of S.D. Ohio Civ. Rule 79.3(a) that a physical copy of the depositions be submitted. Counsel must provide the descriptive title of each electronic file to the Clerk of Court.

<u>s/Mark R. Abel</u>
United States Magistrate Judge